**LIGHT & MILLER, LLP**
Michael Miller (Cal. State Bar No. 269743)
Christopher Light (Cal. State Bar No. 270449)
1990 N. California Blvd., Suite 800
Walnut Creek, California 94596
Michael@Lightmiller.Com
Chris@Lightmiller.Com
Telephone:   (619) 554-8460
Facsimile:   (619) 996-7070

Attorneys for Plaintiff Charles MacMillan

**LILLIS PITHA LLP**
Damien P. Lillis (Cal. State Bar No. 191258)
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:   (415) 814-0405
Facsimile:   (415) 217-7011
Email:        dlillis@lp-lawyers.com

Attorneys for Defendants
AIT Business Services, Inc.
and Tim McManus

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MACMILLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AIT BUSINESS SERVICES, INC.; TIM MCMANUS; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 3:23-cv-04553-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. PROC. 41** |

　　　Plaintiff Charles MacMillan and Defendants AIT Business Services, Inc. and Tim McManus, by and through their undersigned counsel, hereby enter into the following stipulation:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice in its entirety. The parties each shall bear their respective costs and attorneys' fees.

Dated: October 13, 2023  **LIGHT & MILLER, LLP**

By: /s/ Michael Miller

Attorneys for Plaintiff Charles MacMillan

Dated: October 13, 2023  **LILLIS PITHA LLP**

By: /s/ Damien P. Lillis

Attorneys for Attorneys for Defendants AIT Business Services, Inc. and Tim McManus (filing with permission)

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: October 16, 2023

_____
EDWARD M. CHEN
U.S. DISTRICT COURT JUDGE